1 BENJAMIN B. WAGNER
United States Attorney
2 ROSANNE L. RUST
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                     CASE NO. 2:16-MJ-00028-KJN-002

12 |                    Plaintiff,                 [PROPOSED] FINDINGS AND ORDER
                                                   EXTENDING TIME FOR PRELIMINARY
13 |              v.                               HEARING PURSUANT TO RULE 5.1(d) AND
                                                   EXCLUDING TIME
14 | RALEIGH R. FIGUERAS, and
    MICHELE REYES SERRANO,                         DATE: February 26, 2016
15                                                 TIME: 2:00 p.m.
                     Defendants.                   COURT: Hon. Allison Claire
16

17
        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 23, 2016.
19
The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
20
demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
21
5.1(d) of the Federal Rules of Criminal Procedure.
22
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25
not adversely affect the public interest in the prompt disposition of criminal cases.
26
        THEREFORE, FOR GOOD CAUSE SHOWN:
27
        1. The date of the preliminary hearing is extended to March 3, 2016, at 2:00 p.m.
28

[PROPOSED] FINDINGS AND ORDER                          1

2. The time between February 26, 2016, and March 3, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   February 23, 2016

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER

2