```
 1  HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
 2  JEROME PRICE, SBN # 282400
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, CA 95814
    Telephone: (916) 498-5700
 5  Fax: (916) 498-5710

 6  Attorneys for Defendant
    RALEIGH RANA FIGUERAS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:16-cr-00045-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
|  | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| MICHELE R. SERRANO et al., | ) Date:   October 20, 2016 |
|  | ) Time:   10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, Dina Lee Santos, attorney for Michele Reyes Serrano and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for Raleigh Rana Figueras that the status conference currently scheduled for October 20, 2016, **may be continued to December 8, 2016 at 10:00 a.m.**

Defense counsel requires additional time to review discovery with the defendants and continue investigating the facts of the case. Additionally, defense counsel requires more time to investigate factors that impact the sentence exposure.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 8, 2016; pursuant to 18 U.S.C.

1  § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2  based upon continuity of counsel and defense preparation.
3      Counsel and the defendant also agree that the ends of justice served by the Court granting
4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5                                           Respectfully submitted,

6                                           HEATHER E. WILLIAMS
                                            Federal Defender
7

8  Date: October 18, 2016                   /s/ Jerome Price
                                            JEROME PRICE
9                                           Assistant Federal Defender
                                            Attorneys for Defendant
10                                          RALEIGH RANA FIGUERAS

11
    Date: October 18, 2016                  /s/ Dina Lee Santos
12                                          DINA LEE SANTOS
                                            Attorney for Defendant
13                                          MICHELE REYES SERRANO

14
                                            PHILLIP A. TALBERT
15                                          Acting United States Attorney

16
    Date: October 18, 2016                  /s/ Michelle Rodriguez
17                                          MICHELLE RODRIGUEZ
                                            Assistant United States Attorney
18                                          Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

<ul></ul>

ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 8, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4. It is further ordered the October 20, 2016 status conference shall be continued until December 8, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE