HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RALEIGH RANA FIGUERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00045-MCE |
| Plaintiff, | **NOTICE OF EXCLUSION OF TIME AND ORDER TO EXCLUDE TIME** |
| vs. | |
| MICHELE R. SERRANO et al., | Date:   December 15, 2016<br>Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

**PLEASE TAKE NOTICE** that on November 21, 2016, the Court, by its own motion, vacated and continued the December 7, 2016 status conference to December 15, 2016 at 10:00 a.m.

Based upon the foregoing, Assistant United States Attorney, Michelle Rodriguez, attorney for Plaintiff, Defendant Michele Reyes Serrano, by and through her attorney of record, Dina Lee Santos and Defendant Raleigh Rana Figueras, by and through his attorney of record, Assistant Federal Defender Jerome Price, agree time under the Speedy Trial Act should be excluded from December 7, 2016 through and including December 15, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of

1  the public and defendant in a speedy trial. Time has previously been excluded through December
2  7, 2016.
3
4                                           Respectfully submitted,
5                                           HEATHER E. WILLIAMS
   				            Federal Defender
6
7  Date: November 29, 2016                  /s/ Jerome Price
                                            JEROME PRICE
8                                           Assistant Federal Defender
                                            Attorneys for Defendant
9                                           RALEIGH RANA FIGUERAS
10
   Date: November 29, 2016                  /s/ Dina Lee Santos
11                                          DINA LEE SANTOS
                                            Attorney for Defendant
12                                          MICHELE REYES SERRANO
13
                                            PHILLIP A. TALBERT
14                                          Acting United States Attorney
15
   Date: November 29, 2016                  /s/ Michelle Rodriguez
16                                          MICHELLE RODRIGUEZ
                                            Assistant United States Attorney
17                                          Attorneys for Plaintiff
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the parties' stipulation, the Court orders the time from December 7, 2016, up to and including December 15, 2016, excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE